**Justin D. BOWERSOCK, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12360.

Circuit Court of Appeals, Eighth Circuit.

Aug. 6, 1943.

John F. Rhodes, Robert B. Fizzell, and John T. Barker, all of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals, now the Tax Court of the United States, in all respects affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of Commissioner of Internal Revenue for entry of judgment in accordance with decision rendered in the case of Lohman et al. v. Commissioner of Internal Revenue, 8 Cir., 133 F.2d 977.